PEOPLE ex rel. WHEELER, Relator, v. COMMON COUNCIL OF CITY OF SYRACUSE et al., Defendants. (Supreme Court, Special Term, Onondaga County. February, 1899.) Proceedings by the people, on the relation of one Wheeler, against the common coun-

cil of the city of Syracuse and others. W. G. Tracy, for application. James E. Newell, opposed.

HISCOCK, J. The relator in this case is a veteran, and desires appointment to the position of weigher of hay, a position in the municipal government of the city of Syracuse which is subject to civil service appointment based upon competitive examination, and which is filled by appointment by the common council. The facts upon this application are substantially the same as those in the case of People v. Common Council of City of Syracuse, 26 Misc. Rep. 522, 51 N. Y. Supp. 617, and those facts are subject to substantially the same principles, which, therefore, lead to the same conclusions, denying relator's application. Order accordingly.